CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
<u>NORTHEASTERN</u> DIVISION

| | | | | |
|---|---|---|---|---|
| Indictment | (X) | | County of Offense: | <u>CLAY COUNTY</u> |
| Complaint | ( ) | | AUSA's NAME: | Sarah K. Bogni, AUSA |
| Information | ( ) | | | Amanda J. Klopf, AUSA |
| Felony | (X) | | Reviewed by AUSA: | _SKB_ |
| Misdemeanor | ( ) | | | (Initials) |
| Juvenile | ( ) | | | |

<u>GILBERT R. GHEARING</u>
Defendant's Full Name

_____
Defendant's Address

Interpreter Needed?   ____ Yes   _X_ No

If Yes, what language?  _____

_____
Defendant's Attorney

| COUNT(S) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON (plus any mandatory minimum) | MAX. FINE |
|---|---|---|---|---|
| 1-26 | 18 U.S.C. § 1347 | Health Care Fraud | 10 years; 3 Years S/R | $250,000; $100 S/A |
| 28, 29, 30, 34, 36, 37, 38, 39, 42, 43, 44, 46, 47, 48, 50, 51, 52, 53, 54, 55, 57, 59, 60, 61 | 21 U.S.C. § 841(a)(1) | Distribution of Controlled Substances (Schedule II) | 20 years; 3 Years S/R | $1,000,000; $100 S/A |
| 27, 28, 31, 32, 33, 35, 40, 41, 42, 45, 46, 47, 49, 51, 52, 56, 58, 61 | 21 U.S.C. § 841(a)(1) | Distribution of Controlled Substances (Schedule IV) | 5 years; 1 Year S/R | $250,000; $100 S/A |
| | | | | |

*If the defendant is found to be an Armed Career Criminal, pursuant to 18 U.S.C. § 924(e), defendant will be subject to a term of imprisonment of between 15 years to life.

**A charge pursuant to 8 U.S.C. § 1326, may carry a maximum sentence of one of the following: (1) up to 2 years; (2) up to 10 years; or (3) up to 20 years, depending upon a defendant's criminal and removal history.

Is the defendant currently in custody?      Yes   ( )      No   (X)      If yes, State or Federal?  Writ requested   ( )

Has a complaint been filed?      Yes   (X)      No   ( )
    If Yes:   Name of the Magistrate Judge  <u>Alistair E. Newbern</u>      Case No.: <u>19-mj-4137</u>
        Was the defendant arrested on the complaint?      Yes   (X)      No   ( )

Has a search warrant been issued?      Yes   (X)      No   ( )
    If Yes:   Name of the Magistrate Judge  <u>Jeffrey S. Frensley</u>      Case No.: <u>19-MJ-2216</u>

Was bond set by Magistrate/District Judge?   Yes   (X)      No   ( )      Amount of bond: <u>$100,000 unsecured</u>

Is this a Rule 20?  Yes ( )   No (X)      To/from what district?  _____
Is this a Rule 40?  Yes ( )   No (X)      To/from what district?  _____

Estimated trial time: _2 Weeks_

The Clerk will issue a **Summons**/Warrant (circle one)  (Note:  If information, request for a warrant requires presentment of a sworn affidavit of probable cause to a judicial officer, who will determine whether to issue a warrant)

Detention requested:  Yes ( )   No (X)      Recommended conditions of release:  _Same conditions as those set forth in the Order Setting Conditions of Release on the criminal complaint at 3:19-mj-4137 (Docket Entry 17)_