UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 2:19-CR-00010 |
| | ) | JUDGE CAMPBELL |
| GILBERT R. GHEARING | ) | |

## WAIVER OF SPEEDY TRIAL

I, Gilbert R. Ghearing, hereby state to the Court that I have been advised of my rights under the Speedy Trial Act, 18 U.S.C. 3161 et seq., and the Plan for Prompt Disposition of Criminal Cases adopted by this Court. I have also been advised that my case is currently set for trial on August 20th, 2019, and that I have a qualified right to be tried on that date, if I so choose. I hereby consent to having my trial continued to a later date, and in so doing waive any rights I may have under the Speedy Trial Act and the Plan for Prompt Disposition of Criminal Cases, as to this continuance.

Submitted this 17th day of July, 2019.

_____  _____
GILBERT R. GHEARING                  Date  July 17, 2019

1