**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **No. 2:19-CR-00010** |
| | ) | **JUDGE CAMPBELL** |
| **GILBERT R. GHEARING** | ) | |

## WAIVER OF SPEEDY TRIAL

I, Gilbert R. Ghearing, hereby state to the Court that I have been advised by counsel, William J. Steed III, of my rights under the Speedy Trial Act, 18 U.S.C. 3161 et seq., and the Plan for Prompt Disposition of Criminal Cases, as adopted by this Court. I have also been advised that my case is now set for trial on April 21st, 2020, and that I have a qualified right to be tried on that date, if I so choose, and if for good cause I cannot be tried on that date, I have the right to be tried as soon thereafter as possible.

I understand my attorneys are seeking to continue this trial date and all related deadlines, so they may provide more effective representation, and as they believe the "ends of justice" will be furthered by continuance. They specifically believe they need more time to provide effective assistance of counsel. Thus, I hereby consent to having my trial continued to a later date, and in so doing I waive any rights I may have under the Speedy Trial Act and the Plan for Prompt Disposition of Criminal Cases, as to this continuance.

I specifically, knowingly and voluntarily consent to a continuance and fully understand that the days until my next trial date will be "tolled" and will thus not be considered in relation to the "70-day speedy trial clock" established under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*. I understand I am waiving any complaint under the Sixth Amendment and its guarantee of a Speedy Trial, based on this period of delay.

1

Submitted this 20th day of March, 2020.

*Gilbert Ghearing*
GILBERT R. GHEARING