# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 2:19-cr-00010 |
| v. ) | Judge William Campbell |
| ) | |
| DR. GILBERT GHEARING ) | |
| ) | |
| Defendant. ) | |

## WAIVER OF SPEEDY TRIAL

I, Dr. Gilbert Ghearing, hereby state to the Court that I have been advised by my counsel, Ronald Chapman II and Meggan B. Sullivan, of my rights under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., and the Plan for Prompt Disposition of Criminal Cases adopted by this Court. I have been advised that my case is currently scheduled for trial on June 8, 2021 and that I have a qualified right to be tried on that date, if I so choose, and if for good cause I cannot be tried on that date, I have the right to be tried as soon thereafter as possible.

I understand that my attorney is filing a Motion to Continue this trial and all related deadlines, so that they may provide more effective representation, and they believe "ends of justice" would be furthered by such a continuance. They believe they need more time to provide me effective assistance of counsel, both in regards to trial prep and in regards to settlement discussions.

THUS, I hereby CONSENT to having my trial continued to a later date, and in so doing WAIVE any rights I may have under the Speedy Trial Act and the Plan for Prompt Disposition of Criminal Cases, as to continuance.

I specifically, knowingly and voluntarily consent to a continuance of up to 120 days, to a date convenient to the Court and the United States, and I fully understand that those days will be "tolled" and will not be considered in relation to the "70-day Speedy Trial clock" that is established under the Speedy Trial Act, 18 U.S.C. § 3161 et seq. I also understand that I am waiving any complaint, based on this period of delay, under the Sixth Amendment and its guarantee of speedy trial.

_____
DR. GILBERT GHEARING

Submitted on

4/6/21
_____
Date