UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| GILBERT R. GHEARING | ) NO. 2:19-CR-00010 |
| | ) JUDGE CAMPBELL |
| | ) |

## WAIVER OF SPEEDY TRIAL

I, Gilbert R. Ghearing, hereby state to the Court that I have been advised of my rights under the Speedy Trial Act, 18 U.S.C. 3161 *et seq.*, and the Plan for Prompt Disposition of Criminal Cases as adopted by this Court. I have also been advised that my case is presently set for trial on September 7, 2021, and that I have a qualified right to be tried on that date, if I so choose, and if for good cause I cannot be tried on that date.

THUS, I hereby CONSENT to having my trial continued to a later date, and in so doing I WAIVE any rights I may have under the Speedy Trial Act, and the Plan for Prompt Disposition of Criminal Cases, as to this continuance.

Submitted this 21st day of July 2021.

*/s/ Gilbert Ghearing*          7-21-2021

**GILBERT R. GHEARING**         **DATE**