UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | NO. 2:19-CR-00010 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| GILBERT R. GHEARING ) | |

## UNITED STATES' MOTION TO STAY

Pursuant to 18 U.S.C. § 3731, the United States of America, by and through its Attorney, the United States Attorney for the Middle District of Tennessee, requests that the Court stay the proceedings in the instant matter pending resolution of the United States' interlocutory appeal of the oral Order entered by the District Court in this case on September 6, 2022, during the pre-trial conference in this matter, excluding evidence at trial of Defendant's alteration of medical records for patients in the indictment. (DE# 151; 152.) *See Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982) ("The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal."). The government requests further that the Court exclude, for purposes of computing the time within which the trial of the offenses in this case must commence, any time between the filing of the United States' Notice of Appeal and resolution of the interlocutory appeal. *See* 18 U.S.C. § 3161(h)(1)(C).

Respectfully submitted,

MARK H. WILDASIN
United States Attorney for the
Middle District of Tennessee

*/s Sarah K. Bogni*
SARAH K. BOGNI
JULIET ALDRIDGE

Assistant U.S. Attorneys
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Telephone: (615) 736-5151
Fax: (615) 401-6626
Email: sarah.bogni@usdoj.gov

*Counsel for the United States*

**CERTIFICATE OF THE SERVICE**

      I certify that a copy of the was served electronically, via ECF, this 8th day September, 2022, upon the following:

Ronald W. Chapman II
1441 West Long Lake Road, Ste 310
Troy, Michigan 48098
248-644-6326
rwchapman@chapmanlawgroup.com

Meggan B. Sullivan
3510 Woodmont Blvd.
Nashville, TN 37215
615-457-0449
megganbsullivan@gmail.com

                                                                    s/Sarah K Bogni
                                                                      SARAH K. BOGNI
                                                                      Assistant U.S. Attorney