# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | NO. 2:19-cr-00010 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| GILBERT R. GHEARING ) | |

## ORDER

On September 7, 2022, the United States filed a Notice of Appeal from the oral Order entered on September 6, 2022, excluding evidence of Defendant's alteration of medical records. (Doc. No. 153). Accordingly, the trial in this matter is **CONTINUED** to a date to be determined after the appeal is resolved. The time while this matter is on appeal is excludable under the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(C).

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE