# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | **NO. 2:19-cr-00010** |
| **v.** | ) | |
| | ) | **JUDGE CAMPBELL** |
| **GILBERT R. GHEARING** | ) | |

## ORDER

Pending before the Court is the United States' Motion to Stay pending resolution of the interlocutory appeal. (Doc. No. 156). By Order entered September 8, 2022, the Court continued the trial pending resolution of the interlocutory appeal (Doc. No. 158), effectively granting the relief requested in the instant motion. For clarity of record, the Motion is **GRANTED** and this matter is **STAYED** pending resolution of the United States' interlocutory appeal.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE