CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

Superseding Indictment (X) 2:19-CR-00010
Complaint ( )
Information ( )
Felony (X)
Misdemeanor ( )
Juvenile ( )

County of Offense: CLAY COUNTY
AUSA's NAME: Sarah K. Bogni, AUSA
Juliet Aldridge, AUSA
Reviewed by AUSA: (Initials)

GILBERT R. GHEARING
Defendant's Full Name

Defendant's Address

Meggan Sullivan
msullivan@chapmanlawgroup.com
(615) 457-0449

Ronald Chapman
rwchapman@chapmanlawgroup.com
(248) 644-6326

Defendant's Attorney

Interpreter Needed? ___ Yes  X  No

If Yes, what language?

| COUNT(S) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON (plus any mandatory minimum) | MAX. FINE |
|---|---|---|---|---|
| 1-26 | 18 U.S.C. § 1347 | Health Care Fraud | 10 years; 3 Years S/R | $250,000; $100 S/A |
| 28, 29, 30, 34, 36, 37, 38, 39, 42, 43, 44, 46, 47, 48, 50, 51, 52, 53, 54, 55, 57, 59, 60, 61 | 21 U.S.C. § 841(a)(1) | Distribution of Controlled Substances (Schedule II) | 20 years; 3 Years S/R | $1,000,000; $100 S/A |
| 27, 28, 31, 32, 33, 35, 40, 41, 42, 45, 46, 47, 49, 51, 52, 56, 58, 61 | 21 U.S.C. § 841(a)(1) | Distribution of Controlled Substances (Schedule IV) | 5 years; 1 Year S/R | $250,000; $100 S/A |
| 62 | 18 U.S.C. § 1503 | Obstruction of the due administration of justice | 10 years; 3 years S/R; | $250,000; $100 S/A |
| 63 | 18 U.S.C. § 1519 | Destruction, alteration, or falsification of records in Federal investigations | 20 years; 3 years S/R; | $250,000; $100 S/A |

*If the defendant is found to be an Armed Career Criminal, pursuant to 18 U.S.C. § 924(e), defendant will be subject to a term of imprisonment of between 15 years to life.

**A charge pursuant to 8 U.S.C. § 1326, may carry a maximum sentence of one of the following: (1) up to 2 years; (2) up to 10 years; or (3) up to 20 years, depending upon a defendant's criminal and removal history.

Is the defendant currently in custody?   Yes ( )   No (X)   If yes, State or Federal?  Writ requested ( )

Has a complaint been filed?   Yes (X)   No ( )

Case 2:19-cr-00010   Document 164-1   Filed 10/17/22   Page 1 of 2 PageID #: 1068

If Yes:   Name of the Magistrate Judge   Alistair E. Newbern            Case No.: 19-mj-4137
          Was the defendant arrested on the complaint?        Yes   ( X )    No    ( )

Has a search warrant been issued?        Yes   ( X )    No    ( )
    If Yes:   Name of the Magistrate Judge   Jeffrey S. Frensley            Case No.: 19-MJ-2216

Was bond set by Magistrate/District Judge?   Yes   ( X )   No   ( )      Amount of bond: $100,000 unsecured

Is this a Rule 20? Yes ( )   No (X)        To/from what district?   _____
Is this a Rule 40? Yes ( )   No (X)        To/from what district?   _____

Estimated trial time:        2-3 Weeks

The Clerk will issue a Summons/Warrant     (circle one)  (Note:  If information, request for a warrant requires presentment of a sworn affidavit of probable cause to a judicial officer, who will determine whether to issue a warrant)

**This is a Superseding Indictment**

Detention requested: Yes ( )   No (X)     Recommended conditions of release: _____