# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | NO. 2:19-cr-00010 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| GILBERT R. GHEARING ) | |

## ORDER

Pending before the Court is the United States' Motion to Admit Evidence. (Doc. No. 166). Though this case is staying pending resolution of the United States' appeal of the Court's prior evidentiary ruling, the United States requests the Court issue an indicative ruling, noting that a decision to admit the previously excluded evidence would likely obviate the need to litigate the appeal. Defendant may file a response to the Motion on or before October 28, 2022.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE