UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GILBERT R. GHEARING,<br><br>Defendant. | Case No. 2:19-cr-00010<br><br>Judge William L. Campbell, Jr.<br>Magistrate Judge Alistair E. Newbern |

# ORDER

Defendant Gilbert Ghearing asks the Court to modify the conditions of his pretrial release. (Doc. No. 171.) Specifically, Dr. Ghearing asks that the Court modify his conditions "to allow [him] to travel across district lines within the [S]tate of Tennessee for employment and to visit family." (*Id.*) The United States does not oppose this modification, but asks that the Court include a separate special condition that Ghearing "have no contact with patients named in the counts of the indictment, except through his counsel or an agent of his counsel while on pretrial release." (*Id.*) Ghearing does not oppose the proposed separate special condition. The U.S. Probation Office has no objection to the proposed modifications.

Accordingly, Ghearing's conditions of pretrial release (Doc. No. 16) are MODIFIED as follows:

Ghearing's travel is restricted to the Middle District of Tennessee unless he receives approval from his Pretrial Services Officer in advance to go elsewhere. Ghearing may travel across district lines in the State of Tennessee for employment and to visit family.

Ghearing shall have no contact with patients named in the Superseding Indictment (Doc. No. 164) while on pretrial release except through his counsel or an agent of his counsel.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge