IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

# NOTICE OF ARRAIGNMENT
## ON SUPERSEDING INDICTMENT

RE: United States of America          NO: 2:19-00010
v.
Gilbert R. Ghearing

Please be advised that arraignment in the above-captioned criminal proceeding has been set for **9:30 a.m., Monday, January 30, 2023**, before United States Magistrate Judge Barbara D. Holmes in Courtroom No. 3D, Fred D. Thompson Federal Courthouse, 719 Church Street, Nashville, Tennessee.

Enclosed to the attorney for defendant is a Waiver of Personal Appearance at Arraignment and Entry of Plea of Not Guilty [or, you can access a copy on the Court's website, www.tnmd.uscourts.gov under Court Clerk/Forms]. If the defendant desires to waive his/her appearance and authorizes entry of a plea of not guilty in his/her absence, the attorney should advise the defendant of his/her right to appear and the defendant should then read and sign the form. If the form is not returned properly signed (original signatures for both counsel and defendant), then defendant and counsel must be present at arraignment as scheduled above. Waiver of appearance at arraignment can be accepted only on pending felony indictments.

**Waivers must be submitted to the Magistrate Judge in Suite 3125, Fred D. Thompson Federal Courthouse, 719 Church Street, Nashville, TN 37203, no later than 2:00 p.m. on the day before the scheduled arraignment, so that the arraignment can be taken off the docket and any order to produce the defendant (if in custody) can be cancelled, and any interpreter that may have been ordered by the Court can be cancelled.**

Please email the waiver to me at **Jeanne_W_Cox@tnmd.uscourts.gov**. If you e-file the waiver, you must forward a copy to me by email.

*Jeanne Woodall Cox*
Courtroom Deputy to Magistrate Judge Holmes

cc: AUSAs Bogni and Aldridge
Attorneys: Ronald W. Chapman, II and Meggan Sullivan
Probation
Marshal