IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | NO. 2:19-cr-00010 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| GILBERT R. GHEARING ) | |

### ORDER

The Court held a status conference on January 30, 2023, to discuss the status of the case and trial dates. On or before February 2, 2023, the parties shall file a notice of proposed trial dates.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE