IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE NO.: 2:19-CR-00010 |
| ) | HONORABLE WILLIAM L. CAMPBELL |
| ) | |
| DR. GILBERT GHEARING ) | |

**DEFENDANT'S NOTICE OF PROPOSED TRIAL DATES (D.E. 179)**

COMES NOW, the Defendant, Dr. Gilbert Ghearing, by and through his counsel, Ron Chapman, II and Meggan Bess Sullivan, and files this Notice of Proposed Trial Dates pursuant to the Court's Order (D.E. No. 179) and states as follows:

Defendant is available for trial days up to April 5, 2023 or any date from September 1-30, 2023. The defense expects the trial, including Government proof and defense case, to last approximately four (4) weeks.

DATE:   February 2, 2023      RESPECTFULLY SUBMITTED,

CHAPMAN LAW GROUP

*/s/ Meggan Bess Sullivan*
Meggan Bess Sullivan, Esq., (TN Bar No. 33067)
 Counsel for Defendant Ghearing
424 Church Street Suite 2000
Nashville, TN 37219
(615) 457-0449
MSullivan@ChapmanLawGroup.com

*/s/ Ronald W. Chapman, II*
Ronald W. Chapman II, Esq., LL.M. (MI Bar P73179)
Counsel for Defendant Ghearing
1441 West Long Lake Road, Ste 310
Troy, Michigan 48098
T: (248) 644-6326
F: (248) 644-6324
RWChapman@ChapmanLawGroup.com

## CERTIFICATE OF SERVICE

I hereby certify that this Notice has been filed on Assistant United States Attorneys Sara Bogni and Juliet Aldridge via electronic mail and the Court's CM/ECF system on February 2, 2023.

*/s/ Meggan B. Sullivan*