UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. 2:19-cr-00010 |
| | ) | |
| GILBERT GHEARING | ) | Judge Campbell |

## MOTION FOR LEAVE TO FILE ATTACHMENT UNDER SEAL

The United States of America, by and through Henry C. Leventis, United States Attorney, and Assistant United States Attorney, Sarah K. Bogni, hereby requests this Court to seal an attachment to a motion by the United States filed as Document Entry # 185. The attachment will be filed as a separate document contemporaneously with this motion. The attachment contains sensitive medical information regarding a witness for the United States. Therefore, the United States respectfully requests that its motion be granted to protect the sensitive medical information of a witness.

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney
Middle District of Tennessee

/s/ *Sarah K. Bogni*
Sarah K. Bogni
Juliet Aldridge
Assistant United States Attorneys
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Telephone: (615) 736-5151

## CERTIFICATE OF SERVICE

      I hereby certify that on February 6, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to Counsel for the Defendant.

                                    */s/ Sarah K. Bogni*
                                    Sarah K. Bogni
                                    Assistant United States Attorney