IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                                 Case No. 2:19-cr-00010
                                    District Judge William L. Campbell, Jr.

GILBERT R. GHEARING,

    Defendant.

## MOTION FOR LEAVE TO FILE UNDER SEAL

Through counsel, the defendant requests that the court permit his file documents under seal. In support of the motion, defendant would show the following:

The "Administrative and Practice Procedures for Electronic Case Filing" (ECF) adopted by this Court in Administrative Order No. 167 at 5.07 requires parties to file a motion seeking leave of court prior to filing any documents electronically under seal.

Dated: February 7, 2023                */s/ Meggan B. Sullivan*
                                            Meggan B. Sullivan, Esq.
                                            Tennessee Bar No. 33067
                                            Counsel for Defendant Ghearing
                                            424 Church Street, Ste. 2000
                                            Nashville, TN 37219
                                            T: (615) 457-0449
                                            MSullivan@ ChapmanLawGroup.com