# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 2:19-cr-00010 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| GILBERT GHEARING | ) | |

## ORDER

On or before February 9, 2023, at 12:00 p.m., the Government shall file a response to the Defendant's Motion to Dismiss for Violation of the Speedy Trial Act (Doc. No. 189). By the same date and time, Defendant shall file a notice stating his position on Dr. Carl Christensen testifying remotely by video conference.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE