| | |
|---|---|
| **From:** | Bogni, Sarah (USATNM) |
| **To:** | Ronald Chapman II; Meggan B. Sullivan |
| **Cc:** | Stephanie Angelo; Aldridge, Juliet (USATNM) |
| **Subject:** | RE: Activity in Case 2:19-cr-00010 USA v. Ghearing Order |
| **Date:** | Thursday, February 2, 2023 3:52:00 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |

Sounds like you guys have a few more conflicts to work out – how about you all file an unopposed notice and can represent that we are available to try it when convenient for the Court and Defense (but would prefer before September).

Sarah

**From:** Ronald Chapman II <rwchapman@chapmanlawgroup.com>
**Sent:** Thursday, February 2, 2023 3:47 PM
**To:** Meggan B. Sullivan <msullivan@chapmanlawgroup.com>; Bogni, Sarah (USATNM) <sbogni@usa.doj.gov>
**Cc:** Stephanie Angelo <sangelo@chapmanlawgroup.com>; Aldridge, Juliet (USATNM) <jaldridge1@usa.doj.gov>
**Subject:** [EXTERNAL] Re: Activity in Case 2:19-cr-00010 USA v. Ghearing Order

Yes I have an April 5 trial that will go three weeks and a May 1 trial that will go four weeks.

Get Outlook for iOS

**From:** Meggan B. Sullivan <msullivan@chapmanlawgroup.com>
**Sent:** Thursday, February 2, 2023 4:36:54 PM
**To:** Ronald Chapman II <rwchapman@chapmanlawgroup.com>; Bogni, Sarah (USATNM) <Sarah.Bogni@usdoj.gov>
**Cc:** Stephanie Angelo <sangelo@chapmanlawgroup.com>; Aldridge, Juliet (USATNM) <Juliet.Aldridge2@usdoj.gov>
**Subject:** Re: Activity in Case 2:19-cr-00010 USA v. Ghearing Order

Juliet will have the Morales trial Sept- November. Angie said Campbell could do late March into April but I think Ron has May 1 trial

Maybe a call is more productive? I'm in a change of plea at the moment

**MEGGAN BESS SULLIVAN** | Of Counsel
White Collar Defense and Government Investigations

Based in Chapman Law Group's Nashville Branch
Phone: (615) 457-0449
Email: msullivan@chapmanlawgroup.com
Web: www.chapmanlawgroup.com

Download our FREE GOVERNMENT HEALTHCARE INVESTIGATIONS GUIDE!
and our FREE ULTIMATE HEALTHCARE COMPLIANCE GUIDE!

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify us at (248) 644-6326.

**From:** Ronald Chapman II <rwchapman@chapmanlawgroup.com>
**Sent:** Thursday, February 2, 2023 3:34:10 PM
**To:** Meggan B. Sullivan <msullivan@chapmanlawgroup.com>; Bogni, Sarah (USATNM) <Sarah.Bogni@usdoj.gov>
**Cc:** Stephanie Angelo <sangelo@chapmanlawgroup.com>; Aldridge, Juliet (USATNM) <Juliet.Aldridge2@usdoj.gov>
**Subject:** Re: Activity in Case 2:19-cr-00010 USA v. Ghearing Order

I have a trial in July. How does September look?

Get Outlook for iOS

**From:** Meggan B. Sullivan <msullivan@chapmanlawgroup.com>
**Sent:** Thursday, February 2, 2023 4:33:25 PM
**To:** Bogni, Sarah (USATNM) <Sarah.Bogni@usdoj.gov>; Ronald Chapman II <rwchapman@chapmanlawgroup.com>
**Cc:** Stephanie Angelo <sangelo@chapmanlawgroup.com>; Aldridge, Juliet (USATNM) <Juliet.Aldridge2@usdoj.gov>
**Subject:** Re: Activity in Case 2:19-cr-00010 USA v. Ghearing Order

I cannot do June unless we start last week of June and go into July

**MEGGAN BESS SULLIVAN** | Of Counsel
White Collar Defense and Government Investigations

Based in Chapman Law Group's Nashville Branch
Phone: (615) 457-0449
Email: msullivan@chapmanlawgroup.com
Web: www.chapmanlawgroup.com

Download our FREE GOVERNMENT HEALTHCARE INVESTIGATIONS GUIDE!
and our FREE ULTIMATE HEALTHCARE COMPLIANCE GUIDE!

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify us at (248) 644-6326.

**From:** Bogni, Sarah (USATNM) <Sarah.Bogni@usdoj.gov>
**Sent:** Thursday, February 2, 2023 3:32:05 PM
**To:** Ronald Chapman II <rwchapman@chapmanlawgroup.com>; Meggan B. Sullivan <msullivan@chapmanlawgroup.com>
**Cc:** Stephanie Angelo <sangelo@chapmanlawgroup.com>; Aldridge, Juliet (USATNM) <Juliet.Aldridge2@usdoj.gov>
**Subject:** RE: Activity in Case 2:19-cr-00010 USA v. Ghearing Order

Just following up so we can get something jointly on file. I know Juliet and Meggan were in a sentencing on Morales Rodriguez. Are we good with this joint suggestion?

Sarah

**From:** Bogni, Sarah (USATNM)
**Sent:** Thursday, February 2, 2023 12:51 PM
**To:** Ronald Chapman II <rwchapman@chapmanlawgroup.com>; Meggan B. Sullivan <msullivan@chapmanlawgroup.com>
**Cc:** Stephanie Angelo <sangelo@chapmanlawgroup.com>; Aldridge, Juliet (USATNM) <jaldridge1@usa.doj.gov>
**Subject:** RE: Activity in Case 2:19-cr-00010 USA v. Ghearing Order

June works for Juliet and I as well. Shall I suggest June, after June 5, and predicted to go 4 weeks? Hopefully we can squeeze the proof down a little if we can reach agreement on some stipulations in advance, but best to be safe.

Sarah

**From:** Ronald Chapman II <rwchapman@chapmanlawgroup.com>
**Sent:** Thursday, February 2, 2023 12:42 PM
**To:** Bogni, Sarah (USATNM) <sbogni@usa.doj.gov>; Meggan B. Sullivan <msullivan@chapmanlawgroup.com>
**Cc:** Stephanie Angelo <sangelo@chapmanlawgroup.com>; Aldridge, Juliet (USATNM) <jaldridge1@usa.doj.gov>
**Subject:** [EXTERNAL] RE: Activity in Case 2:19-cr-00010 USA v. Ghearing Order

The month of June is pretty open for me. I finish a May trial that will go until June 5th.
But we could start after that. Hopefully we can finish up by the 4th of July.

Other than that, September is open for me.

**RONALD W. CHAPMAN II LL.M.** | Shareholder, Chair-White Collar Defense & Government Investigations

1441 West Long Lake Rd., Ste. 310, Troy, MI 48098
Phone: (248) 644-6326
Mobile: (248) 259-2995
Email: rwchapman@chapmanlawgroup.com
Web: www.chapmanlawgroup.com

**Author of:** *"Unraveling Federal Criminal Investigations"* | **Read Now**



This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify us at (248) 644-6326.

**From:** Bogni, Sarah (USATNM) <Sarah.Bogni@usdoj.gov>
**Sent:** Thursday, February 2, 2023 1:33 PM
**To:** Ronald Chapman II <rwchapman@chapmanlawgroup.com>; Meggan B. Sullivan <msullivan@chapmanlawgroup.com>
**Cc:** Stephanie Angelo <sangelo@chapmanlawgroup.com>; Aldridge, Juliet (USATNM) <Juliet.Aldridge2@usdoj.gov>
**Subject:** RE: Activity in Case 2:19-cr-00010 USA v. Ghearing Order

I think Juliet and I have more open time than you guys do (at least until September – Juliet has a multi month trial set and I have a trial set as well that I hope to hold to that date). As a result we can be pretty flexible over the next several months, but I heard you guys tick off a few trials on your calendars. I wasn't 100% sure on where the clock is at based on the Court's comments, but between late March and maybe mid-July would be great if there is a time in that window that we can fit it in? What do you guys think?

Sarah

**From:** Ronald Chapman II <rwchapman@chapmanlawgroup.com>
**Sent:** Thursday, February 2, 2023 5:36 AM
**To:** Bogni, Sarah (USATNM) <sbogni@usa.doj.gov>; Meggan B. Sullivan <msullivan@chapmanlawgroup.com>
**Cc:** Stephanie Angelo <sangelo@chapmanlawgroup.com>; Aldridge, Juliet (USATNM) <jaldridge1@usa.doj.gov>
**Subject:** [EXTERNAL] Re: Activity in Case 2:19-cr-00010 USA v. Ghearing Order

I'm ok with a Joint Notice. What dates do you have in mind?

**From:** Bogni, Sarah (USATNM) <Sarah.Bogni@usdoj.gov>
**Date:** Wednesday, February 1, 2023 at 6:18 PM
**To:** Meggan B. Sullivan <msullivan@chapmanlawgroup.com>, Ronald Chapman II <rwchapman@chapmanlawgroup.com>
**Cc:** Stephanie Angelo <sangelo@chapmanlawgroup.com>, Aldridge, Juliet (USATNM) <Juliet.Aldridge2@usdoj.gov>
**Subject:** FW: Activity in Case 2:19-cr-00010 USA v. Ghearing Order

Meggan and Ron,

The Court's Order is a little unclear on whether he wants a joint notice of proposed dates. Would you like to file one together or do you intend to file your own?

Thanks,
Sarah

**From:** cmecf@tnmd.uscourts.gov <cmecf@tnmd.uscourts.gov>
**Sent:** Tuesday, January 31, 2023 12:55 PM
**To:** deadmail@tnmd.uscourts.gov
**Subject:** Activity in Case 2:19-cr-00010 USA v. Ghearing Order

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Middle District of Tennessee

### Notice of Electronic Filing

The following transaction was entered on 1/31/2023 at 12:55 PM CST and filed on 1/31/2023
**Case Name:** USA v. Ghearing
**Case Number:** 2:19-cr-00010
**Filer:**
**Document Number:** 179

**Docket Text:**
**ORDER as to Gilbert R. Ghearing: The Court held a status conference on January**

30, 2023, to discuss the status of the case and trial dates. On or before February 2, 2023, the parties shall file a notice of proposed trial dates. Signed by District Judge William L. Campbell, Jr on 1/31/2023. (dt)

**2:19-cr-00010-1 Notice has been electronically mailed to:**

Sarah K. Bogni    sarah.bogni@usdoj.gov, CaseView.ECF@usdoj.gov, alice.cross@usdoj.gov, diane.thompson@usdoj.gov, jessica.l.green@usdoj.gov, john.hernandez@usdoj.gov, vanessa.quant@usdoj.gov

Meggan B. Sullivan    msullivan@chapmanlawgroup.com, peggy.sheppard.cja@gmail.com

Juliet Aldridge    juliet.aldridge2@usdoj.gov, CaseView.ECF@usdoj.gov, Victoria.Andrews@usdoj.gov, candace.mccuthison@usdoj.gov, john.hernandez@usdoj.gov, leslie.helton@usdoj.gov

Ronald W. Chapman, II    rwchapman@chapmanlawgroup.com, mkrol@chapmanlawgroup.com, sambrose@chapmanlawgroup.com, sangelo@chapmanlawgroup.com

**2:19-cr-00010-1 Notice SHOULD be delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1092242875 [Date=1/31/2023] [FileNumber=4778314-0
] [e3cf1028ebc775c32fe732c43ccd1ed1afdd89e2c6ad8c5e43b4faeedd5e9a6a5cf
7789b8dddc3d7bac5b43f4648b1cc117bd82a564f98e976da6ca700fdaf15]]