UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:19-cr-00010 |
| | ) | |
| GILBERT GHEARING | ) | Judge Campbell |

## MOTION FOR LEAVE TO FILE ATTACHMENT UNDER SEAL

The United States of America, by and through Thomas J. Jaworski, Attorney for the United States under 28 U.S.C. § 515, and Assistant United States Attorney, Sarah K. Bogni, hereby requests this Court to seal an attachment to a motion by the United States filed as Document Entry # 199. The attachment will be filed as a separate document contemporaneously with this motion. The attachment contains sensitive medical information regarding a witness for the United States. Therefore, the United States respectfully requests that its motion be granted to protect the sensitive medical information of a witness.

Respectfully submitted,

THOMAS J. JAWORSKI
Attorney for the United States
Middle District of Tennessee
Acting Under Authority Conferred
by 28 U.S.C. § 515

By:   *s/ Sarah K. Bogni*
Sarah K. Bogni
Juliet Aldridge
Assistant United States Attorneys
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Telephone:   615-736-5151

## CERTIFICATE OF SERVICE

   I hereby certify that on February 9, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to Counsel for the Defendant.

                */s/ Sarah K. Bogni*
                Sarah K. Bogni
                Assistant United States Attorney