UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:19-CR-00010 |
| | ) | |
| GILBERT GHEARING | ) | JUDGE CAMPBELL |
| | ) | |

## GOVERNMENT'S NOTICE OF APPEARANCE OF CO-COUNSEL

The United States of America, hereby gives notice that Assistant United States Attorney Amanda Klopf is authorized to practice in this court and now enters her appearance as co-counsel for the Government in this case.

Respectfully submitted,

THOMAS J. JAWORSKI
Attorney for the United States
Acting Under Authority Conferred by 28 U.S.C. § 515

By:    s/ Amanda Klopf
AMANDA KLOPF
Assistant U. S. Attorney
719 Church St., Suite 3300
Nashville, Tennessee 37203-3870
Telephone: 615-736-5151

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2023, a copy of the foregoing document was filed on CM/ECF, which will send notifications to all parties or their counsel of record.

   s/ Amanda Klopf
AMANDA KLOPF
Assistant United States Attorney