IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 2:19-cr-00010 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| GILBERT GHEARING | ) | |

## ORDER

Pending before the Court is Defendant's Motion to Dismiss for Violation of the Speedy Trial Act (Doc. No. 189) and the Government's Response (Doc. No. 197).

For the reasons stated in the accompanying Memorandum, the Motion to Dismiss is **DENIED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE