IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | NO. 2:19-cr-00010 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| GILBERT GHEARING | ) | |

## ORDER

Pending before the Court is the Government's Motion in Limine to Admit Documents Pursuant to Business Records Certifications, which is unopposed. (Doc. No. 208).

The Motion is **GRANTED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE