# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

**UNITED STATES OF AMERICA**
V.
**GILBERT R. GHEARING**
(list each defendant appearing at hearing)

Case No.: 2:19-00010
Judge: William L. Campbell, Jr.
Hearing Date: February 24, 2023
Location: ☒ Nashville  ☐ Columbia  ☐ Cookeville
Court Reporter: Patty Jennings
Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): Juliet Aldridge, Amanda Klopf

Defense Attorney(s): Ronald Chapman, Meggan Sullivan

### TRIAL PROCEEDINGS
1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☒
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

### NON-TRIAL PROCEEDINGS
7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

**COMMENTS:**

Daubert Hearing Held re: Michael Staples' testimony.

Total Time in Court: 1 hour 35 minutes

Clerk of Court
by: Angie Brewer