# UNITED STATES DISTRICT COURT

| MIDDLE | DISTRICT OF | TENNESSEE |
|---|---|---|

USA

V.

GILBERT R. GHEARING

## EXHIBIT AND WITNESS LIST

Case Number:  2:19-cr-00010

| PRESIDING JUDGE<br>William L. Campbell, Jr. | PLAINTIFF'S ATTORNEY<br>Juliet Aldridge, Amanda Klopf | DEFENDANT'S ATTORNEY<br>Ron Chapman, Meggan Sullivan |
|---|---|---|
| TRIAL DATE (S)<br>February 24, 2023, Daubert Hearing | COURT REPORTER<br>Patty Jennings | COURTROOM DEPUTY<br>Angie Brewer |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 2/24/2023 | | | Michael Staples |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Case 2:19-cr-00010   Document 228   Filed 02/24/23   Page 1 of 1 PageID #: 1525