REV 09/18

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Case No.: 2:19-00010

UNITED STATES OF AMERICA

V.

GILBERT R. GHEARING

(list each defendant appearing at hearing)

Judge: William L. Campbell, Jr.

Hearing Date: February 27, 2023

Location: ☑ Nashville  ☐ Columbia  ☐ Cookeville

Court Reporter: Patty Jennings

Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): Juliet Aldridge, Amanda Klopf, Sarah Bogni

Defense Attorney(s): Ronald Chapman, Meggan Sullivan

### TRIAL PROCEEDINGS

1. Jury Trial* ☑
2. Non-Jury Trial*
3. Sentencing Hearing Contested*
4. Supervised Release Hearing-Contested*
5. Probation Revocation Hearing-Contested*
6. Other Evidentiary Hearing*
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.

### NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment
8. Plea Hearing
9. Sentencing Hearing
10. Status conference
11. Pretrial Conference
12. Supervised Release Revocation Hearing
13. Probation Revocation Hearing
14. Motion Hearing
15. Other Proceeding
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

JURY TRIAL DAY SIX: Trial resumed.

Total Time in Court: 5 hours 15 minutes

Clerk of Court
by: Angie Brewer

Case 2:19-cr-00010   Document 229   Filed 02/27/23   Page 1 of 1 PageID #: 1526