# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

**UNITED STATES OF AMERICA**

V.

GILBERT R. GHEARING

(list each defendant appearing at hearing)

Case No.: 2:19-00010

Judge: William L. Campbell, Jr.

Hearing Date: February 28, 2023

Location: ⊙ Nashville  ○ Columbia  ○ Cookeville

Court Reporter: Patty Jennings

Court Interpreter:

# CRIMINAL MINUTES

Government Attorney(s): Juliet Aldridge, Amanda Klopf, Sarah Bogni

Defense Attorney(s): Ronald Chapman, Meggan Sullivan

## TRIAL PROCEEDINGS

1. Jury Trial* ☑
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
(Describe #6 in comments section below)
*For items 1-6, a Witness/Exhibit List is required and must be separately filed.

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
(Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

JURY TRIAL DAY SEVEN: Trial held and will resume on March 1, 2023.

Total Time in Court: 7 hours

Clerk of Court

by: Angie Brewer

Reset Form