REV 09/18

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Case No.: 2:19-00010

UNITED STATES OF AMERICA
V.

Judge: William L. Campbell, Jr.

Hearing Date: March 1, 2023

Location: ☒ Nashville  ☐ Columbia  ☐ Cookeville

GILBERT R. GHEARING

Court Reporter: Patty Jennings

Court Interpreter:

(list each defendant appearing at hearing)

## CRIMINAL MINUTES

Government Attorney(s): Juliet Aldridge, Amanda Klopf, Sarah Bogni

Defense Attorney(s): Ronald Chapman, Meggan Sullivan

## TRIAL PROCEEDINGS

1. Jury Trial* ☒
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

| # | Juror | # | Juror |
|---|---|---|---|
| 1. |  | 7. |  |
| 2. |  | 8. |  |
| 3. |  | 9. |  |
| 4. |  | 10. |  |
| 5. |  | 11. |  |
| 6. |  | 12. |  |
| Alt 1. |  | Alt 2. |  |

COMMENTS:

JURY TRIAL DAY EIGHT: Trial held and will resume on March 2, 2023.

Total Time in Court: 4 hours 15 minutes

Clerk of Court
by: Angie Brewer