# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| | ) | NO. 2:19-cr-00010 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| GILBERT GHEARING | ) | |

## ORDER

Before the Court are the United States' Motion to Exclude Defense Witness Michael Staples (Doc. No. 96) and Supplemental Motion to Exclude Defense Witness Michael Staples (Doc. No. 206). Defendant responded to the motions (Doc. Nos. 127, 223). The Court held a hearing on February 24, 2023, and issued an oral ruling on the motions on February 28, 2023.

For the reasons stated on the record on February 28, 2023, the United States' Motion and Supplemental Motion to Exclude the Testimony of Defense Witness Michael Staples (Doc. Nos. 96, 206) are **GRANTED** in part, and **DENIED** in part, and Mr. Staples will be permitted to testify as an expert witness subject to the limitations detailed in the Court's oral ruling.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE