IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

GILBERT R. GHEARING,

        Defendant.

Case No. 2:19-cr-00010
District Judge William L. Campbell, Jr.

**DEFENDANT'S MOTION TO SEAL HIS MOTION TO SUPPRESS FOR VIOLATING THE FOURTH AMENDMENT, TO DISMISS FOR VIOLATING DUE PROCESS, OR FOR A *FRANKS* HEARING**

COMES NOW, Defendant, Gilbert Ghearing, M.D. ("Dr. Ghearing"), by and through his undersigned counsel, Ronald W. Chapman II, and Meggan B. Sullivan, and respectfully files this Motion to Seal his Motion to Suppress for Violating the Fourth Amendment, to Dismiss for Violating Due Process, or for a *Franks* Hearing. Specifically, Dr. Ghearing moves to file his earlier Motion under seal because it contains the names of some of his patients.

                                            Respectfully Submitted,
                                            CHAPMAN LAW GROUP

Dated: March 10, 2023              /s/ *Ronald W. Chapman II*
                                            Ronald W. Chapman II, Esq., LL.M.
                                            Michigan Bar No. P73179
                                            *Counsel for Defendant Ghearing*
                                            1441 West Long Lake Road, Ste 310
                                            Troy, MI 48098
                                            T: (248) 644-6326
                                            RWChapman@ChapmanLawGroup.com

Dated: March 10, 2023  /s/ *Meggan B. Sullivan*
Meggan B. Sullivan, Esq.
Tennessee Bar No. 33067
*Counsel for Defendant Ghearing*
424 Church Street, Ste. 2000
Nashville, TN 37219
T: (615) 457-0449
MSullivan@ChapmanLawGroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2023, I presented the foregoing paper to the Clerk of the Court for filing and uploading to the ECF system, which will send notification of such filing to the parties involved.

/s/ *Ronald W. Chapman II*
Ronald W. Chapman II, Esq., LL.M.
Michigan Bar No. P73179
*Counsel for Defendant Ghearing*
RWChapman@ChapmanLawGroup.com