# IN THE UNITED STATES DISTRICT COURT FOR
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 2:19-cr-00010 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| GILBERT R. GHEARING | ) | |

## ORDER

Pending before the Court are Defendant's Motion to Suppress for Violating the Fourth Amendment, to Dismiss for Violating Due Process, or for a *Franks* Hearing (Doc. No. 239) and the Government's response in opposition. (Doc. No. 248). The Court will hold a hearing on Defendant's motion on Monday, March 20, 2023, at 8:30 a.m. The hearing will be limited to communications between Task Force Officer Rebecca Wright and Amber Hall and Cheyenne Huddleston concerning their review of eClinical Works records before March 14, 2019.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE