# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

**UNITED STATES OF AMERICA**
V.

Gilbert R. Ghearing

(list each defendant appearing at hearing)

Case No.: 2:19-cr-00010-1
Judge: William L. Campbell, Jr
Hearing Date: March 20, 2023
Location: ☑ Nashville  ☐ Columbia  ☐ Cookeville
Court Reporter: Patty Jennings
Court Interpreter: n/a

## CRIMINAL MINUTES

Government Attorney(s): Sarah K. Bogni, Amanda J. Klopf and Juliet Aldridge

Defense Attorney(s): Ronald W. Chapman, II and Meggan B. Sullivan

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☑
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1. 
2. 
3. 
4. 
5. 
6. 
Alt 1.

7. 
8. 
9. 
10. 
11. 
12. 
Alt 2.

COMMENTS:

- Evidentiary Hearing held and concluded.
- Order to enter.

Total Time in Court: 2 hours 7 minutes

Clerk of Court
by: Megan Gregory