AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

**MIDDLE** DISTRICT OF **TENNESSEE**

UNITED STATES OF AMERICA

V.

Gilbert R. Ghearing

## EXHIBIT AND WITNESS LIST

Case Number: 2:19-cr-00010-1

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William L. Campbell, Jr | S. Bogni, J. Aldridge, A. Klopf | Ronald Chapman, Meggan Sullivan |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| March 20, 2023 | Patty Jennings | Megan Gregory |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W | | 3/20/2023 | | | WIT: Rebecca Wright, TFO |
| 1 | | | Y | Y | Text Messages between Rebecca Wright and Cheyenne Tipton |
| 2 | | | Y | Y | Photo Copy of Notes by Cheyenne Tipton |
| 3 | | | Y | Y | Text Messages between Rebecca Wright and Amber Hall |
| 4 | | | Y | Y | Report of Investigation re Amber Hall |
| 5 | | | Y | Y | Text Messages between Rebecca Wright and Amber Hall |
| 6 | | | Y | Y | Report of Investigation with Cheyenne Tipton |
| 7 | | | Y | Y | Application for Search Warrant |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages