UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Case No.: 2:19-cr-00010-1

UNITED STATES OF AMERICA
V.

Gilbert R. Ghearing

(list each defendant appearing at hearing)

Judge: William L. Campbell, Jr
Hearing Date: March 20, 2023
Location: ☑ Nashville ☐ Columbia ☐ Cookeville
Court Reporter: Patty Jennings
Court Interpreter: n/a

## CRIMINAL MINUTES

Government Attorney(s): Sarah K. Bogni, Amanda J. Klopf and Juliet Aldridge

Defense Attorney(s): Ronald W. Chapman, II and Meggan B. Sullivan

### TRIAL PROCEEDINGS
1. Jury Trial* ☑
2. Non-Jury Trial*
3. Sentencing Hearing Contested*
4. Supervised Release Hearing-Contested*
5. Probation Revocation Hearing-Contested*
6. Other Evidentiary Hearing*
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

### NON-TRIAL PROCEEDINGS
7. Initial Appearance/Arraignment
8. Plea Hearing
9. Sentencing Hearing
10. Status conference
11. Pretrial Conference
12. Supervised Release Revocation Hearing
13. Probation Revocation Hearing
14. Motion Hearing
15. Other Proceeding
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

JURY TRIAL DAY SIXTEEN: Trial held. Trial to resume on March 21, 2023, at 8:45 a.m.

Total Time in Court: 3 hours 42 minutes

Clerk of Court
by: Megan Gregory