UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Case No.: 2:19-00010

UNITED STATES OF AMERICA

V.

Judge: William L. Campbell, Jr.

Hearing Date: March 24, 2023

GILBERT R. GHEARING

Location: ☒ Nashville  ◯ Columbia  ◯ Cookeville

Court Reporter: Patty Jennings

Court Interpreter:

(list each defendant appearing at hearing)

## CRIMINAL MINUTES

Government Attorney(s): Juliet Aldridge, Amanda Klopf, Sarah Bogni

Defense Attorney(s): Ronald Chapman, Meggan Sullivan

### TRIAL PROCEEDINGS
1. Jury Trial* ☒
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

### NON-TRIAL PROCEEDINGS
7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

| # | Juror | # | Juror |
|---|---|---|---|
| 1. | | 7. | |
| 2. | | 8. | |
| 3. | | 9. | |
| 4. | | 10. | |
| 5. | | 11. | |
| 6. | | 12. | |
| Alt 1. | | Alt 2. | |

COMMENTS:

JURY TRIAL DAY TWENTY: Closing Arguments and the jury began deliberating. Jurors to continue deliberating on Monday, March 27, 2023 at 8:30 a.m.

Total Time in Court: 5 hours 30 minutes

Clerk of Court
by: Angie Brewer