# UNITED STATES DISTRICT COURT

**MIDDLE** DISTRICT OF **TENNESSEE**

USA

V.

GILBERT R. GHEARING

# EXHIBIT AND WITNESS LIST

Case Number: 2:19-cr-00010

| PRESIDING JUDGE<br>William L. Campbell, Jr. | PLAINTIFF'S ATTORNEY<br>S. Bogni, J. Aldridge, A. Klopf | DEFENDANT'S ATTORNEY<br>Ronald Chapman, Meggan Sullivan |
|---|---|---|
| TRIAL DATE (S)<br>February 14 - March 28, 2023 | COURT REPORTER<br>Patty Jennings | COURTROOM DEPUTY<br>Angie Brewer |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 2/15/2023 |  | Y | Stipulations of the Parties |
|  |  |  |  | Y | Presciption- Exhibits 1 through 39 |
|  |  |  |  | Y | Prescription-Exhibits 42a through 49b |
|  |  |  |  | Y | Prescription-Exhibits 51a through 56 |
| 40 |  |  |  | Y | Prescription |
| 57 |  |  |  | Y | Prescription |
| 58 |  |  |  | Y | Prescription |
| 59 |  |  |  | Y | Prescription |
| 60 |  |  |  | Y | Prescription |
| 61 |  |  |  | Y | Prescription |
| 41 |  |  |  | Y | Prescription |
| 50 |  |  |  | Y | Prescription |
|  |  |  |  |  | WIT: Anne Kane |
| 235 |  |  |  | Y | Photographs of Buildings |
| 161 |  |  |  | CA | Office Layout Diagram |
| 162 |  |  |  | CA | Office Layout Diagram |
|  |  |  |  |  | WIT: Crystal Stephens |
|  |  |  |  | Y | Emails Collective Exhibit Nos 557 through 593 |
| 131 |  |  |  | Y | Call Log 1 |
| 132 |  |  |  | Y | Call Log 2 |
|  |  | 2/16/2023 |  |  | WIT: Dr. Craig Shaffer |
|  |  |  |  |  | WIT: Reginald Sparks |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __12__ Pages

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | USA | vs. | GILBERT R. GHEARING | | CASE NO. 2:19-cr-00010 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 70 | | | | Y | Hard Drive (5 mobile devices)110 |
| 68 | | | | Y | Hard Drive |
| 69 | | | | Y | Hard Drive |
| 71 | | | | Y | Hard Drive |
| 159 | | | | Y | Patient Record |
| 160 | | | | Y | Patient Record |
| | | | | | WIT: Lowell Floyd |
| 73 | | | ID | | Disc (Tipton Phone Extraction) |
| 74 | | | ID | | Disc (Hall Phone Extraction) |
| 75 | | | | Y | Disc (Ghearing Phone Extraction) |
| 76 | | | | Y | Disc (Ghearing Phone Extration) Exhibit A only |
| 110 | | | ID | | Fox News Report (Disc) |
| 111 | | | | Y | Fox News Report Screenshot and Disc |
| | | | | | WIT: Daniel Adami |
| | | | | | WIT: James Hischar |
| 125 | | | | Y | Certificate of Registration |
| 126 | | | | Y | Receipt for DEA Registration (Renewal) |
| | | 2/21/2023 | | | WIT: Whitey Frogge |
| | | | | | WIT: Megan Copas |
| 113 | | | | Y | Screenshots from BodyCam video (A and B) |
| | | | | | WIT: Dr. Carl Chirstenson via video deposition |
| 233 | | | | Y | 2014 TN Chronic Pain Guildelines |
| 234 | | | | Y | 2017 TN Chronic Pain Guildelines |
| 301 | | | | Y | ECW Medical Record-Beechboard |
| 302 | | | | Y | ECW Medical Record-Gulley |
| 303 | | | | Y | ECW Medical Record-Hornaday |
| 304 | | | | Y | ECW Medical Record-Kuntz |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | USA | | vs. | GILBERT R. GHEARING | CASE NO. 2:19-cr-00010 |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| 305 | | | | Y | ECW Medical Record-Poindexter | |
| 306 | | | | Y | ECW Medical Record-Webb | |
| 307 | | | | Y | ECW Medical Record-Calvert | |
| 328 | | | | Y | ECW Medical Record-Beechboard Disc | |
| 329 | | | | Y | ECW Medical Record-Calvert Disc | |
| 330 | | | | Y | ECW Medical Record-Gulley Disc | |
| 331 | | | | Y | ECW Medical Record-Hornaday Disc | |
| 332 | | | | Y | ECW Medical Record-Kuntz Disc | |
| 333 | | | | Y | ECW Medical Record-Poindexter Disc | |
| 334 | | | | Y | ECW Medical Record-Webb Disc | |
| 316 | | | | Y | ER Records-Gulley | |
| 317 | | | | Y | ER Records-Gulley | |
| 318 | | | | Y | ER Records-Gulley | |
| 319 | | | | Y | ER Records-Gulley | |
| 320 | | | | Y | ER Records-Gulley | |
| 321 | | | | Y | ER Records-Gulley | |
| 322 | | | | Y | ER Records-Gulley | |
| 323 | | | | Y | ER Records-Gulley | |
| 324 | | | | Y | ER Records-Gulley | |
| | | 2/27/2023 | | | Depostion of Dr. Christensen continues | |
| | 101 | 2/28/2028 | | Y | CSMD Records Darrell Gulley | |
| | 102 | | | Y | CSMD Records Jennie Hornaday | |
| | 103 | | | Y | CSMD Records Karen Webb | |
| | 104 | | | Y | CSMD Records Oletta Kuntz | |
| | 105 | | | Y | CSMD Records Patricia Poindexter | |
| | 106 | | | Y | CSMD Records Roxie Calvert | |
| | 107 | | | Y | CSMD Records Wyeath Beechboard | |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | vs. | GILBERT R. GHEARING | CASE NO. 2:19-cr-00010 |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 83 | | | | Y | CSMD-Beechboard Disc |
| 84 | | | | Y | CSMD-Calvert Disc |
| 85 | | | | Y | CSMD-Gulley Disc |
| 86 | | | | Y | CSMD-Hornaday Disc |
| 87 | | | | Y | CSMD-Kuntz Disc |
| 88 | | | | Y | CSMD-Poindexter Disc |
| 89 | | | | Y | CSMD-Webb Disc |
| 90 | | | | Y | CSMD-Ghearing Discs |
| | | | | | WIT: Dr. Glenn Todd Webb |
| | | 3/1/2023 | | | WIT: Michael Griffith |
| 236 | | | | Y | TN Dept of Health Complain |
| 124 | | | | Y | Ghearing Folder |
| | 801 | | | ID | Answer Filed in Case No. 2:19cr00009 |
| | 802 | | | Y | Plea Agreement dated 8/26/2021, Case No. 2:21cr00002 |
| | | | | | WIT: Stephen Quindoza |
| 92 | | | | Y | Medicare Part B Disc |
| 99 | | | | Y | Medicare Part D Disc |
| 100 | | | | Y | Medicare Part A Disc |
| 94 | | | | Y | Medicare Part B Enrollment-2016 |
| 95 | | | | Y | Medicare Part B Enrollment-2016 |
| 96 | | | | Y | Medicare Part B Enrollment-2017 |
| 97 | | | | Y | Medicare Part B Enrollment-2017 Application Data Report |
| 206 | | | | Y | Summary Chart-Medicare Part B |
| 207 | | | | Y | Summary Chart-Medicare Part B |
| | 901 | | | Y | Ghearing Billing Chart |
| | | 3/2/2023 | | | WIT: Dr. Peter Phillips |
| 134 | | | | CA | Email sent by CSMD to Dr. Ghearing |

Page 4 of 12 Pages

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | USA | vs. | GILBERT R. GHEARING | CASE NO. 2:19-cr-00010 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | WIT: Victoria Smith |
| | | | | CA | Emails                        Exhibits 530- 556 Conditionally Admitted |
| | 902 | | | Y | Medical Record for Jason Short |
| | 903 | | | Y | Medical Record for Maria Short |
| | | | | | WIT: Carrie Cooper |
| 237 | | | | Y | Hall Family Pharmacy Prescriptions |
| | | | | | WIT: Michael Choate |
| | | | | | WIT: Linda Conaster |
| | | 3/3/2023 | | | WIT: Jerry Adair |
| 186 | | | | Y | Letter to Anderson Hometown Pharmacy |
| 187 | | | | Y | Commericial Lease Agreement |
| | | | | | WIT: Marylee Robinson |
| 107 | | | | Y | Bank Records Disc |
| 109 | | | | Y | BankRecords Disc |
| 231 | | | | Y | Summary of Accounts |
| 232 | | | | Y | Line Chart of Accounts |
| | | | | | WIT: Jodi Sullivan |
| | | | | | |
| 191 | | | | Y | Summary Chart- Medicare Part D |
| 192 | | | | Y | Summary Chart- Medicare Part D |
| 193 | | | | Y | Summary Chart- Medicare Part D |
| 194 | | | | Y | Summary Chart- Medicare Part D |
| 195 | | | | Y | Summary Chart- Medicare Part D |
| 195 | | | | Y | Summary Chart- Medicare Part D |
| 197 | | | | Y | Summary Chart- Medicare Part D |
| 198 | | | | Y | Summary Chart- Medicare Part D |
| 199 | | | | Y | Summary Chart- Medicare Part D |

Page 5 of 12 Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA vs. GILBERT R. GHEARING | | | | | CASE NO. 2:19-cr-00010 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 200 | | | | Y | Summary Chart- Medicare Part D |
| 201 | | | | Y | Summary Chart- Medicare Part D |
| 202 | | | | Y | Summary Chart- Medicare Part D |
| | | | | | WIT: Aaron Butler |
| 104 | | | | Y | TennCare Enrollment |
| 115 | | | | Y | Contract-Amerigroup MCO |
| 117 | | | | Y | Contract-BCBS MCO |
| 119 | | | | Y | Contract-United Healthcare MCO |
| | | 3/6/2023 | | | WIT: Cheyenne Bentley |
| | | | | | WIT: Carl Walker |
| | | | | | WIT: Patricia Poindexter |
| | | | | | WIT: Amber Hall |
| | | | | Y | ECW Emails Exhibits Collective-See Attachment for Admitted Numbers |
| 176 | | | | Y | Photograph- pill count/urine drug screen log |
| 177 | | | | Y | Photograph- pill count/urine drug screen log |
| 174 | | | | Y | Photograph Pain Clinic List |
| 167 | | | | Y | Photograph of Exit Door |
| 170 | | | | Y | Photograph of Office |
| | | | | | WIT: Tony Maffei |
| 315 | | | | Y | ER Records-Beechboard |
| 130 | | | | Y | Amerigroup Letter |
| 166 | | | | Y | Photo |
| 167 | | | | Y | Photo |
| 168 | | | | Y | Photo |
| 169 | | | | Y | Photo |
| 170 | | | | Y | Photo |
| 171 | | | | Y | Photo |

| | | USA | | vs. | GILBERT R. GHEARING | CASE NO. 2:19-cr-00010 |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| 173 | | | | Y | Photo | |
| 174 | | | | Y | Photo | |
| 175 | | | | Y | Photo | |
| 176 | | | | Y | Photo | |
| 177 | | | | Y | Photo | |
| 178 | | | | Y | Ghearing's account balance | |
| 172 | | | | Y | Photo | |
| 133 | | | | Y | DEA Registration card and certificate | |
| 134 | | | | Y | CSMD email to Ghearing | |
| 135 | | | | Y | Optum warning letter | |
| 136 | | | | Y | Silverscript Letter to Ghearing | |
| 137 | | | | Y | Silverscript Letter to Ghearing | |
| 138 | | | | Y | Silverscript Letter to Ghearing | |
| 139 | | | | Y | Silverscript Letter to Ghearing | |
| 140 | | | | Y | Email from SHC to Ghearing re opioid crisis | |
| 141 | | | | Y | Email from DEA DI to Ghearing re opioid addiction resources | |
| 142 | | | | Y | Email to Healio to Ghearing with link to article re overdose | |
| 143 | | | | Y | Email from DEA DI to Ghearing re CDC recommendations | |
| 144 | | | | Y | Email from DEA DI to Ghearing re practitioner conference | |
| | | | | | | |
| 146 | | | | Y | Email from Ghearing to staff re office policies | |
| 147 | | | | Y | Email from Amber H. to Ghearing re opiate policy | |
| 148 | | | | Y | Email from Stephens to Ghearing re Letter to patients | |
| 149 | | | | Y | Email from Ghearing re scribe | |
| 150 | | | | Y | Eligibility Report-Beechboard | |
| 151 | | | | Y | Eligibility Report-Calvert | |
| 152 | | | | Y | Eligibility ReportGulley | |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | USA | | vs. | GILBERT R. GHEARING | CASE NO. 2:19-cr-00010 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 153 | | | | Y | Eligibility Report-Hornaday |
| 154 | | | | Y | Eligibility Report-Kuntz |
| 155 | | | | Y | Eligibility Report-Poindexter |
| 156 | | | | Y | Eligibility Report-Webb |
| 157 | | | | Y | Prior Authorization-Gulley |
| 158 | | | | Y | Prior Authorization-Beechboard |
| 165 | | | | Y | 2018 Summary of TN Opioid Prescribing Laws |
| 129 | | | | Y | Weiss-Discharge Letter |
| 127 | | | | Y | Weiss-BCBS Warning Letter |
| 128 | | | | Y | Weiss-Response to BCBS Response Letter |
| | | | | | CSMD Screenshots on Exhibit 90(See Attachment for Admitted Numbers) |
| 79D | | 3/7/2023 | | Y | Audio Clip |
| 121 | | | | Y | United Airlines Records |
| | | | | | WIT: Amber Hall, returned to stand |
| | 904 | | | Y | Email from DF to Amber Hall |
| | | | | | WIT: Geraldine Wix |
| 240 | | | | | Family Photo |
| | | | | | WIT: Cheyenne Tipton Huddleston |
| | | 3/8/2023 | | | |
| | 905 | | | Y | Patient Health Information Consent Form |
| | | | | | |
| | | | | | WIT: Jacob Stroup |
| 102 | | | | Y | TennCare Claims Physician Claim DISC |
| 105 | | | | Y | Data Ghearing DISC |
| 223 | | | | Y | Summary Chart-CSMD |
| 224 | | | | Y | Summary Chart-CSMD |
| 225 | | | | Y | Summary Chart-CSMD |

Page 8 of 12 Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | | | | vs. | GILBERT R. GHEARING | CASE NO. 2:19-cr-00010 |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| 230 | | | | Y | Summary Chart-CSMD | |
| 226 | | | | Y | Summary Chart-CSMD | |
| 227 | | | | Y | Summary Chart-CSMD | |
| 228 | | | | Y | Summary Chart-CSMD | |
| 229 | | | | Y | Summary Chart-CSMD | |
| 208 | | | | Y | Summary Chart-Tenncare | |
| 209 | | | | Y | Summary Chart-Tenncare | |
| 210 211 | | | | Y | Summary Chart-Tenncare | |
| 216 | | | | Y | Summary Chart-Tenncare | |
| 212 | | | | Y | Summary Chart-Tenncare | |
| 213 | | | | Y | Summary Chart-Tenncare | |
| 214 | | | | Y | Summary Chart-Tenncare | |
| 215 | | | | Y | Summary Chart-Tenncare | |
| 217 | | | | Y | Summary Chart-Tenncare | |
| 218 | | | | Y | Summary Chart-Tenncare | |
| 219 | | | | Y | Summary Chart-Tenncare | |
| 220 | | | | Y | Summary Chart-Tenncare | |
| 221 | | | | Y | Summary Chart-Tenncare | |
| 222 | | | | Y | Summary Chart-Tenncare | |
| | | | | | WIT: Kristen Folding | |
| | | | | | WIT: Bharat Satyanarayan | |
| 301 | | | | Y | ECW Medical Records-Beachboard | |
| 302 | | | | Y | ECW Medical Records-Gulley | |
| 303 | | | | Y | ECW Medical Records-Hornaday | |
| 304 | | | | Y | ECW Medical Records-Kuntz | |
| 305 | | | | Y | ECW Medical Records-Poindexter | |
| 306 | | | | Y | ECW Medical Records-Webb | |

EXHIBIT AND WITNESS LIST – CONTINUATION

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | USA | | vs. | GILBERT R. GHEARING | CASE NO. 2:19-cr-00010 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 307 | | | | Y | ECW Medical Records-Calvert |
| 328 | | | | Y | Record Extraction-Beachboard |
| 329 | | | | Y | Record Extraction-Calvert |
| 330 | | | | Y | Record Extraction-Gulley |
| 331 | | | | Y | Record Extraction-Hornaday |
| 332 | | | | Y | Record Extraction-Kuntz |
| 333 | | | | Y | Record Extraction-Poindexter |
| 334 | | | | Y | Record Extraction-Webb |
| 336 | | | | Y | Progress Notes Log Extraction |
| 337 | | | | Y | Progress Notes Log Extraction |
| 338 | | | | Y | Progress Notes Log Extraction |
| 339 | | | | Y | Progress Notes Log Extraction |
| 340 | | | | Y | Progress Notes Log Extraction |
| 341 | | | | Y | Progress Notes Log Extraction |
| 342 | | | | Y | Progress Notes Log Extraction |
| 343 | | | | Y | User Log extraction |
| 344 | | | | Y | ECW User Log |
| 769 | | 3/9/2023 | | Y | Drug Chart |
| | | | | | WIT: Justin Reagan |
| 345 | | | | Y | Twin Lakes-screenshots IP addresses |
| 62 | | | | Y | UC Prescription |
| 63 | | | | Y | UC Prescription |
| 64 | | | | Y | UC Prescription |
| 65 | | | | Y | UC Prescription |
| 66 | | | | Y | UC Prescription |
| | | | | | 402-613 ECW Emails, 614-745 CSMD Screenshots (Disc) (See Attachment for Admitted Nos.) |
| | | | | | GOVERNMENT RESTED |

Page 10 of 12 Pages

| | | | | | |
|---|---|---|---|---|---|
| AO 187A (Rev. 7/87) | | | | | **EXHIBIT AND WITNESS LIST – CONTINUATION** |

| USA | vs. | GILBERT R. GHEARING | CASE NO. 2:19-cr-00010 |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 3/9/2023 | | | WIT: Dr. Patrick Murphy |
| | 806 | | | Y | Video |
| | 807 | | | Y | Video |
| | 808 | | | Y | Video |
| | 809 | | | Y | Video |
| | 810 | | | Y | Video |
| | 811 | | | Y | Video |
| | 812 | | | Y | Video |
| | 813 | | | Y | Video |
| | 814 | | | Y | Video |
| | 815 | | | Y | Video |
| | 816 | | | Y | Video |
| | 817 | | | Y | Video |
| | 818 | | | Y | Video |
| | 819 | | | Y | Video |
| | 820 | | | Y | Video |
| | | 3/20/2023 | | | WIT: Nerissa Owens |
| | | | | | WIT: Donda Frisa |
| | | 3/21/2023 | | | WIT: Dr. Sarah Thelen |
| | | | | | WIT: Rita Dominquez |
| | | | | | WIT: Lora Elkins<br>WIT: Dolly Ghearing |
| | | | | | WIT: Dr. Patrick Murphy, returned to the stand |
| 783 | | | ID | | Dr. Murphy's Affidavit re Purdue Pharma |
| 756 | | | ID | | Dr. Murphy's Expert Report |
| 757 | | | ID | | Dr. Murphy's New Patient Intake Packet |
| | | 3/22/2023 | | | WIT: Dr. Gilbert Ghearing |
| | 402 | | | Y | Letter |

Page 11 of 12 Pages

# EXHIBIT AND WITNESS LIST – CONTINUATION

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | USA vs. GILBERT R. GHEARING — CASE NO. 2:19-cr-00010 |
| | 202 | | | Y | IRS Form 8879/ 2016 |
| | 203 | | | Y | IRS Form 1040/2017 |
| | 204 | | | Y | IRS Form 1040-ES/2018 |
| | 205 | | | Y | IRS Form 1040-ES/2018 |
| | 206 | | | Y | Email Communications 1/17/208-11/29/2018 |
| | 402 | | | Y | Letter from America Board of Family Medicine |
| 788 | | | | Y | Email |
| 325 | | 3/23/2023 | | Y | Discharge Summary |
| | | | | | DEFENDANT RESTED |