| | | | | |
|---|---|---|---|---|
| *463* | 402 | 456 | 527 | 594 |
| *464* | 403 | 457 | 528 | 595 |
| *508* | 404 | 458 | 529 | 596 |
| *520* | 405 | 460 | 531 | 597 |
| *525* | 406 | 461 | 533 | 598 |
| *535* | 407 | 462 | 534 | 599 |
| *547* | 408 | 465 | 540 | 600 |
| *551* | 409 | 466 | 541 | 601 |
| *557* | 410 | 467 | 542 | 602 |
| *563* | 411 | 469 | 543 | 603 |
| *564* | 412 | 470 | 543 | 604 |
| *580* | 413 | 471 | 544 | 605 |
| *581* | 414 | 474 | 545 | 607 |
| *587* | 415 | 475 | 546 | 608 |
| *591* | 416 | 479 | 548 | 609 |
| *592* | 417 | 480 | 550 | 610 |
| *606* | 418 | 481 | 552 | 611 |
| | 419 | 483 | 553 | 613 |
| | 420 | 484 | 554 | |
| | 421 | 485 | 556 | |
| | 422 | 486 | 558 | |
| | 423 | 487 | 559 | |
| | 424 | 488 | 560 | |
| | 425 | 489 | 561 | |
| | 426 | 494 | 562 | |
| | 427 | 496 | 565 | |
| | 428 | 497 | 566 | |
| | 430 | 498 | 567 | |
| | 432 | 499 | 568 | |
| | 434 | 500 | 569 | |
| | 435 | 501 | 570 | |
| | 436 | 502 | 572 | |
| | 438 | 503 | 573 | |
| | 439 | 504 | 574 | |
| | 440 | 505 | 575 | |
| | 443 | 506 | 576 | |
| | 444 | 507 | 577 | |
| | 445 | 512 | 578 | |
| | 446 | 516 | 579 | |
| | 448 | 517 | 582 | |
| | 449 | 518 | 584 | |
| | 450 | 519 | 585 | |
| | 452 | 521 | 588 | |
| | 453 | 522 | 589 | |
| | 454 | 523 | 590 | |
| | 455 | 524 | 593 | |

614 - 625
627 - 632
636
640 - 646
648 - 653
655 - 656
659 - 660
663 - 668
677
680
683
685
688 - 692
694 - 700
703 - 705
709
712
715 -
721
723
726 - 728
730 - 731
733, 737
739 - 741
743
746 - 754