**ORDER: Motion GRANTED**
*/s/ William L. Campbell, Jr.*

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NORTHEASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 2:19-cr-00010
    District Judge William L. Campbell, Jr.

GILBERT R. GHEARING,

    Defendant.

---

### MOTION FOR EXTENSION OF TIME TO FILE A MOTION FOR A NEW TRIAL

COMES NOW, Defendant, Gilbert Ghearing, M.D. ("Dr. Ghearing"), by and through his undersigned counsel, Ronald W. Chapman II, and Meggan B. Sullivan, hereby files this Motion For Extension of Time to File a Motion for a New Trial. In support thereof, Dr. Ghearing states as follows:

1. Dr. Ghearing was charged with Health Care Fraud in violation of 18 U.S.C. § 1347, Distribution of Controlled Substances in violation of 21 U.S.C. § 841(a)(1), schedule II and IV, Obstruction of the Due Administration of Justice in violation of 18 U.S.C. § 1503, and Destruction, Alteration, or Falsification of Records in Federal Investigations in violation of 18 U.S.C. § 1519 in a Superseding Indictment filed on October 17, 2022.

2. Trial commenced on February 14, 2023, and it lasted six (6) weeks; with the jury returning its verdict on March 28, 2023.

3. The jury verdict found Dr. Ghearing guilty on Counts 1s-6s, 9s-10s, 12s-14s, 17s-33s, 35s, 43s, 45s-46s, 48s, 50s-55s, 57s-59s, 61s-63s, and acquitted Dr. Ghearing on Counts 7s-8s, 11s, 15s-16s, 34s, 36s-42s, 44s, 47s, 49s, 56s, 60s.