IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) NO. 2:19-cr-00010 |
| v. | ) |
| | ) JUDGE CAMPBELL |
| GILBERT GHEARING | ) |

## ORDER

Pending before the Court is the Government's Motion for Status Conference (Doc. No. 283) and Defendant's Motion to Continue Sentencing Hearing (Doc. No. 284).

Both motions concern the sentencing hearing currently scheduled for July 27, 2023. The Government is concerned that Defendant has not yet been interviewed by the Probation Officer in charge of preparing the pre-sentence investigation report ("PSR") and requests a status conference to set a firm date for issuance of the PSR and sentencing hearing. Defendant responds that his presentencing interview is scheduled for July 26, 2023. He states he was unable to schedule the interview earlier due to the unavailability of defense counsel and the Probation Officer. Defendant requests a continuance of the current sentencing hearing to mid-November 2023.

The Motion to Continue Sentencing Hearing (Doc. No. 284) is **GRANTED**. The sentencing hearing is continued to November 29, 2023, at 1:30 p.m. The Motion for Status Conference (Doc. No. 283) is **DENIED**. However, if Defendant does not attend the presentence interview as scheduled on July 26, 2023, the Court will entertain a renewed motion for a status conference.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE