IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| | ) | No. 2:19-cr-00010 | |
| v. | ) | | |
| | ) | Judge Campbell | |
| | ) | | |
| GILBERT GHEARING | ) | | |

**ORDER TO REDACT TRANSCRIPT**

Upon motion by the United States, the Court concludes that the trial transcript at Docket Entry 281 should be redacted to remove patient names by replacing them with the initials of the patient names. The Court grants the motion and orders redactions for the following locations in the transcript:

| Page Number | Line Number | Redaction Description | Initials |
|---|---|---|---|
| 13 | 23 | Patient name | R.C. |
| 65 | 20 | Patient name | G.B. |
| 66 | 23 | Patient name | D.G. |
| 67 | 16 | Patient name | D.G. |
| 68 | 6 | Patient name | D.G. |
| 68 | 9 | Patient name | D.G. |
| 68 | 14 | Patient name | D.G. |
| 68 | 18 | Patient name | D.G. |
| 69 | 5 | Patient name | R.C. |
| 69 | 16 | Patient name | W.B. |
| 69 | 24 | Patient name | J.H. |
| 70 | 1 | Patient name | J.H. |
| 71 | 5 | Patient name | J.H. |
| 71 | 9 | Patient name | J.H. |
| 72 | 19 | Patient name | K.W. |
| 72 | 25 | Patient name | K.W. |
| 73 | 10 | Patient name | K.W. |
| 73 | 18 | Patient name | K.W. |

| 73 | 24 | Patient name | K.W. |
|---|---|---|---|
| 74 | 16 | Patient name | K.W. |
| 74 | 17 | Patient name | K.W. |
| 74 | 18 | Patient name | K.W. |
| 76 | 9 | Patient name | K.W. |
| 77 | 3 | Patient name | K.W. |
| 77 | 4 | Patient name | K.W. |
| 80 | 3 | Patient name | K.W. |
| 80 | 4 | Patient name | K.W. |
| 80 | 7 | Patient name | O.K. |
| 81 | 10 | Patient name | O. K. |
| 81 | 11 | Patient name | O.K. |
| 81 | 15 | Patient name | B. |
| 82 | 14 | Patient name | R.C.; B. |
| 82 | 17 | Patient name | P. |

An unredacted version of the trial transcript shall remain available to Defendant and the United States.

IT IS SO ORDERED.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE