IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 2:19-cr-00010 |
| v. | ) | |
| | ) | Judge Campbell |
| | ) | |
| GILBERT GHEARING | ) | |

## UNOPPOSED MOTION TO CONTINUE THE SENTENCING HEARING

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, Sarah K. Bogni, and respectfully requests a continuance of the sentencing hearing.

The United States respectfully moves for a continuance of the scheduled sentencing hearing, currently scheduled to occur on November 29, 2023. (D.E. 285). The United States reached out to the Probation Office about the status of the Pre-Sentence Report and learned that it is not completed and the Probation Office needs additional time. The United States consulted with defense counsel who agree to a request for a continuance. Defense counsel is available prior to January 14, 2024, with the exception of a conflicting sentencing on January 4, 2024. The United States has a conflicting sentencing on January 11, 2024. A continuance is required to allow the Probation Office to complete a Pre-Sentence Report and the parties to prepare.

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney for the
Middle District of Tennessee

*/s Sarah K. Bogni*
SARAH K. BOGNI

˜1˜

Assistant U. S. Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
(615)736-5151

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served through via cm/ecf on all parties.

*s/ Sarah K. Bogni*
SARAH K. BOGNI
Assistant United States Attorney

˘2˘