IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 2:19-cr-00010 |
| v. | ) | |
| | ) | Judge Campbell |
| | ) | |
| GILBERT GHEARING | ) | |

## UNITED STATES' MOTION TO DISMISS CASE WITH PREJUDICE DUE TO DEFENDANT'S DEATH

The United States of America, by and through United States Attorney Thomas J. Jaworski, Acting United States Attorney for the Middle District of Tennessee, and Sarah K. Bogni, Assistant United States Attorney, hereby moves this Court, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure to dismiss Case No. 2:19-cr-00010 against defendant GILBERT GHEARING with prejudice, because the defendant has died. A copy of GHEARING's death certificate is filed under seal contemporaneously with this motion.

Respectfully submitted,

THOMAS J. JAWORSKI
Attorney for the United States
Middle District of Tennessee
Acting Under Authority Conferred
by 28 U.S.C. § 515

*s/ Sarah K. Bogni*
SARAH K. BOGNI
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Telephone: 615-736-5151

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2024, I electronically filed one copy of the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to counsel for all defendants in this case.

*/s/ Sarah K. Bogni*
SARAH K. BOGNI